**FILED**

JAN - 9 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 1:24 CR 00008 |
| v. ) | |
| ) | Title 18, United States Code, |
| HAKIM BRADLEY, ) | Sections 922(g)(1) and |
| ) | 924(a)(8) |
| Defendant. ) | **JUDGE RUIZ** |

COUNT 1
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

1. On or about January 7, 2022, in the Northern District of Ohio, Eastern Division, Defendant HAKIM BRADLEY, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Robbery, on or about November 28, 2017, in Case Number CR-16-609734, in Cuyahoga County Common Pleas Court; Robbery, on or about November 28, 2017, in Case Number CR-16-611950, in Cuyahoga County Common Pleas Court; and Attempted Felonious Assault, on or about June 30, 2020, in Case Number CR-20-650034, in Cuyahoga County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Star, model Firestar, .45 ACP caliber pistol, bearing serial number 2057090, and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

1

## FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code Section, 2461(c), the allegation in Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant HAKIM BRADLEY shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 1.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.